IRENE E. DURKIN, as Administratrix of the Estate of JOSEPH P. DURKIN, Deceased, Appellant, v. CORNELIUS J. LOESER et al., Respondents.— Appeal by plaintiff, as administratrix of the estate of Joseph P. Durkin, from that part of an interlocutory judgment which dismissed her complaint as such administratrix for a determination under article 15 of the Real Property Law that title to certain real property was vested in her as administratrix, and not in the respondents Cornelius J. Loeser and Belle Loeser. Interlocutory judgment, insofar as appealed from, unanimously affirmed, with one bill of costs to respondents Cornelius J. Loeser and Belle Loeser. No opinion. Present — Lewis, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

IRVING ESTERSOHN, Respondent, v. HARDY METAL SPECIALTIES, INC., et al., Appellants.— Order denying motion by defendants to dismiss the first and second causes of action in the third amended complaint, to make certain paragraphs more definite and certain, and to strike out certain allegations as irrelevant, etc., affirmed, with $10 costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.